| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone:  (702) 792-7000 |
| 4 | Facsimile:  (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | STEPTOE & JOHNSON LLP |
| | Stephen J. Newman *(pro hac vice forthcoming)* |
| 7 | Daniel J. Shannon *(pro hac vice forthcoming)* |
| | 2029 Century Park East, 18th Floor |
| 8 | Los Angeles, California 90067 |
| | Telephone:  (310) 556-5800 |
| 9 | Facsimile:  (310) 556-5959 |
| | Email: snewman@steptoe.com |
| 10 | Email: dshannon@steptoe.com |
| 11 | Attorneys for Defendant American Express National Bank |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI HACKETT, | Case No. 2:24-cv-00378-GMN-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and AMERICAN EXPRESS COMPANY, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Lori Hackett and American Express National Bank, erroneously sued as American Express Company ("American Express"), stipulate

1  that the deadline for American Express to respond to the complaint (ECF No. 1) be
2  extended for 30 days from March 22, 2024 until April 21, 2024.
3      This is the first extension sought in connection with this deadline and
4  is requested to permit the parties time to investigate the allegations and assess the
5  possibility of settlement.

| CONSUMER ATTORNEYS | KAEMPFER CROWELL |
|---|---|
| /s/ Michael Yancey III<br>Michael Yancey III, No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br><br>Attorney for Plaintiff<br>Lori Hackett | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>STEPTOE & JOHNSON LLP<br>Stephen J. Newman *(PHV forthcoming)*<br>Daniel J. Shannon *(PHV forthcoming)*<br>2029 Century Park East, 18th Floor<br>Los Angeles, California 90067<br><br>Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

DATED:   March 20, 2024