1  Bob L. Olson, Esq.
   Nevada Bar No. 3783
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: bolson@swlaw.com
5
   *Attorneys for Defendant*
6  *Experian Information Solutions, Inc.*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9
   LORI HACKETT,                              Case No.  2:24-cv-00378-GMN-MDC
10
                   Plaintiff,
11
        v.                                    **STIPULATION AND ORDER FOR
12                                            EXTENSION OF TIME TO ANSWER
   EXPERIAN INFORMATION SOLUTIONS,            OR OTHERWISE PLEAD**
13 INC.; EQUIFAX INFORMATION
   SERVICES, LLC; TRANS UNION, LLC;           **(FIRST REQUEST)**
14 and AMERICAN EXPRESS COMPANY,

15                 Defendants.

16

17        Plaintiff, Lori Hackett ("Hackett"), and Defendant Experian Information Solutions, Inc.

18 ("Experian" and together with Hackett, the "Parties"), by and through their attorneys, hereby

19 submit this Stipulation for an extension of time for Experian to answer or otherwise plead up to

20 and including April 12, 2024.

21        Experian was served with Plaintiff's Complaint on March 1, 2024.  Experian must

22 currently answer or otherwise plead by March 22, 2024.  The Parties have agreed that Experian

23 may have an additional 21 days or until April 12, 2024, to answer or otherwise respond.

4861-8895-8893

This is the first request for additional time sought by Experian in this action. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

**IT IS SO STIPULATED.**

DATED this 20th day of March 2024.              DATED this 20th day of March 2024.

SNELL & WILMER L.L.P.                           MARCUS & ZELMAN LLC

 */s/ Bob L. Olson*                              */s/ Joseph Kanee*
Bob L. Olson (NV Bar No. 3783)                  Joseph Kanee (*admitted pro hac vice*)
3883 Howard Hughes Parkway, Suite 1100          4000 Ponce De Leon, Suite 470
Las Vegas, Nevada 89169                         Coral Gables, FL 33146
Telephone: (702) 784-5200                       Telephone: (786) 369-1122
Email: bolson@swlaw.com                         Email: joseph@marcuszelman.com

*Attorneys for Experian Information Solutions, Inc.*    *Attorneys for Lori Hackett*

### ORDER

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and Court **ORDERS** that Experian may have an additional 21 days or until April 12, 2024, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: March 20, 2024

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: March 20, 2024.

*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.

4861-8895-8893