GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| LORI HACKETT,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendants. | **Case No. 2:24-cv-00378-GMN-MDC**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 27, 2024 through and including **April 26, 2024**. The request was made by Equifax so that it can have an opportunity to

/ /

/ /

/ /

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this March 22, 2024.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 Pavillion Center Dr,
Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax*

**No opposition**

 /s/ No Opposition
Joseph Kanee
Marcus & Zelman LLC
4000 Ponce De Leon
Ste 470
Coral Gables, FL 33146
786-369-1122
Email: joseph@marcuszelman.com

Michael Everett Yancey , III
Consumer Attorneys PLC
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102
480-573-9272
Fax: 718-715-1750
myancey@consumerattorneys.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

**Maximiliano D. Couvillier III**
**United States Magistrate Judge**
DATED: March 26, 2024

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and exact copy of the foregoing has been served this March 22, 2024, via CM/ECF, upon all counsel of record:

By: <u> /s/  *Gia N. Marina*      </u>
Gia N. Marina
Nevada Bar No. 15276
1700 Pavillion Center Dr, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com