KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

STEPTOE LLP
Stephen J. Newman *(pro hac vice forthcoming)*
Daniel J. Shannon *(pro hac vice forthcoming)*
2029 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: snewman@steptoe.com
Email: dshannon@steptoe.com

Attorneys for Defendant American Express National Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI HACKETT, | Case No. 2:24-cv-00378-GMN-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and AMERICAN EXPRESS COMPANY, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Lori Hackett and American Express National Bank, erroneously sued as American Express Company ("American Express"), stipulate

1  that the deadline for American Express to respond to the complaint (ECF No. 1) be
2  extended for 30 days from April 21, 2024 until May 22, 2024.
3        This is the second extension sought in connection with this deadline
4  and is requested to permit the parties time to continue their ongoing settlement
5  negotiations in an attempt to reach an early resolution of this matter.

| CONSUMER ATTORNEYS | KAEMPFER CROWELL |
|---|---|
| /s/ Michael Yancey III<br>Michael Yancey III, No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br><br>Attorney for Plaintiff<br>Lori Hackett | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>STEPTOE & JOHNSON LLP<br>Stephen J. Newman *(PHV forthcoming)*<br>Daniel J. Shannon *(PHV forthcoming)*<br>2029 Century Park East, 18th Floor<br>Los Angeles, California 90067<br><br>Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 4/24/24