GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (Las Vegas)

| | |
|---|---|
| LORI HACKETT,<br><br>                         Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                         Defendants. | Case No. 2:24-cv-00378-GMN-MDC<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>(Second Request) |

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 26, 2024 through and including Monday, **May 27, 2024**. The request was made by Equifax so that it can review its internal files pertaining to the allegations in the Complaint as well as continue settlement

/ /

/ /

negotiations with the Plaintiff, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this April 23, 2024.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax*

**No opposition**

/s/Joseph Kanee
Joseph Kanee
Marcus & Zelman LLC
4000 Ponce De Leon
Ste 470
Coral Gables, FL 33146
786-369-1122
Email: joseph@marcuszelman.com

Michael Everett Yancey, III
Consumer Attorneys PLC
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102
480-573-9272
Fax: 718-715-1750
myancey@consumerattorneys.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: April 29, 2024