Yitzchak Zelman, Esq.,
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lori Hackett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Lori Hackett,**  **Plaintiff,**  -against-  **Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and American Express Company,**  **Defendants.** | **Civil Case Number: 2:24-cv-00378-GMN-MDC** |

## STIPULATION AND ORDER OF DISMISSAL
## AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Lori Hackett and Defendant Equifax Information Services, LLC ("The Parties"), by their undersigned counsel, hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EQUIFAX INFORMATION SERVICES, LLC**.

Dated:       July 18, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Gia Marina |
| Yitzchak Zelman, Esq. | Gia Marina, Esq. |
| Marcus & Zelman, LLC | Clark Hill PLC |
| 701 Cookman Avenue, Suite 300 | 1700 South Pavilion Center Drive, Suite 500 |
| Asbury Park, New Jersey 07712 | Las Vegas, NV 89135 |
| Tel: (732)-695-3282 | Tel: (702) 862-8300 |
| Email: yzelman@marcuszelman.com | Email: gmarina@clarkhill.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Lori Hackett* | *Equifax Information Services, LLC* |

IT IS SO ORDERED.

Gloria M. Navarro
United States District Judge

Dated: July 18, 2024