Yitzchak Zelman, Esq.,
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lori Hackett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Lori Hackett,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and American Express Company,**<br><br>**Defendants.** | **Civil Case Number: 2:24-cv-00378-GMN-MDC** |

## STIPULATION AND ORDER OF DISMISSAL
## AS TO TRANS UNION, LLC

Plaintiff Lori Hackett and Defendant Trans Union, LLC ("The Parties"), by their undersigned counsel, hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **TRANS UNION, LLC** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC**.

Dated:            August 6, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>Marcus & Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Tel: (732)-695-3282<br>Email: yzelman@marcuszelman.com<br>*Attorney for Plaintiff*<br>*Lori Hackett* | /s/ Sarai L. Thornton<br>Sarai L. Thornton, Esq.<br>Skane Mills LLP<br>1120 N. Town Center Drive, Suite 200<br>Las Vegas, NV 89144<br>Tel: (702) 363-2535<br>Email: sthornton@skanemills.com<br>*Attorney for Defendant*<br>*Trans Union, LLC* |

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

Dated: August 14, 2024