Yitzchak Zelman, Esq.
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lori Hackett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Lori Hackett,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and American Express Company,**<br><br>**Defendants.** | **Civil Case Number: 2:24-cv-00378-GMN-MDC** |

## STIPULATION AND ORDER OF DISMISSAL
## AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Lori Hackett and Defendant Experian Information Solutions, Inc. ("The Parties"), by their undersigned counsel, hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EXPERIAN INFORMATION SOLUTIONS, INC**.

Dated:           September 19, 2024

- 2 -

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lori Hackett*

/s/ Bob L. Olson
Bob L. Olson, Esq.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel: (702) 784-5200
Email: bolson@swlaw.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

Dated: September 30, 2024