**Joseph Kanee, Esq.,**
**Edelsburg Law, P.A.**
**20900 NE 30ᵗʰ Avenue, Suite 417**
**Edelsburg Law, P.A.**
**Tel: (786) 369-1122**
**Email: joseph@edelsburglaw.com**
**Attorneys for Plaintiff**
*Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| **Lori Hackett,** | |
| **Plaintiff,** | **Civil Case Number: 2:24-cv-00378-GMN-MDC** |
| **-v-** | |
| **Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and American Express Company,** | |
| **Defendants.** | |

## AMENDED MOTION FOR WITHDRAWAL OF COUNSEL JOSEPH KANEE

**PLEASE TAKE NOTICE** that pursuant to LR 11-6(b), Plaintiff, by and through undersigned counsel, Joseph Kanee of Marcus & Zelman LLC, hereby moves to withdraw the appearance of Joseph Kanee of Marcus & Zelman LLC as counsel of record for Plaintiff Lori Hackett in the above-captioned matter. Plaintiff will continue to be represented by Counsel Ari Marcus of Marcus & Zelman, LLC.

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 11/7/2024

- 1 -

AMENDED MOTION FOR WITHDRAWAL OF COUNSEL

**<u>LR IA 11-6(b) CERTIFICATION</u>**

The undersigned hereby certifies that a copy of the foregoing has been served upon all counsel in this matter by operation of the Court's electronic filing system. It is further certified that service has been made upon the affected client via United States Postal Service First Class Mail.

Dated: October 23, 2024

*/s/ Joseph Kanee*
Joseph Kanee, Esq.

AMENDED MOTION FOR WITHDRAWAL OF COUNSEL