Yitzchak Zelman, Esq.
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Lori Hackett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Lori Hackett,** | **Civil Case Number: 2:24-cv-00378-GMN-MDC** |
| **Plaintiff,** | |
| -against- | |
| **Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and American Express Company,** | |
| **Defendants.** | |

## STIPULATION AND ORDER OF DISMISSAL
## AS TO AMERICAN EXPRESS COMPANY

Plaintiff Lori Hackett and Defendant Experian Information Solutions, Inc. ("The Parties"), by their undersigned counsel, hereby stipulate to the Plaintiff's voluntary dismissal of all claims against the remaining Defendant, **AMERICAN EXPRESS COMPANY,** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:         January 6, 2025

| | |
|---|---|
| /s/ Yitzchak Zelman <br> Yitzchak Zelman, Esq. <br> Marcus & Zelman, LLC <br> 701 Cookman Avenue, Suite 300 <br> Asbury Park, New Jersey 07712 <br> Tel: (732)-695-3282 <br> Email: yzelman@marcuszelman.com <br> *Attorney for Plaintiff* <br> *Lori Hackett* | /s/ Daniel J. Shannon <br> Daniel J. Shannon, Esq. <br> Steptoe LLP <br> 2029 Century Park East, Suite 980 <br> Los Angeles, CA 90067 <br> Tel: (213) 439-9400 <br> Email: dshannon@steptoe.com <br> *Attorney for Defendant* <br> *American Express Company* |

**IT IS SO ORDERED.**

Dated this __6__ day of January, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AS TO AMERICAN EXPRESS COMPANY